UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00165-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3. MIGUEL SANDERS,

    Defendants.

## ORDER

This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Friday, May 2, 2008,** and responses to these motions shall be filed by **Monday, May 12, 2008.** It is

FURTHER ORDERED that a hearing on Ends of Justice Continuance /Motion to Declare the Case Complex will not be necessary unless the motion is contested.

FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference is set for **Monday, June 2, 2008, at 3:00 p.m. in courtroom A-1002** It is

FURTHER ORDERED that a 5-day jury trial is set for **Monday, June 23, 2008, at 9:00 a.m. in courtroom A-1002.**

Dated: April 25, 2008

                BY THE COURT:

                s/ Wiley Y. Daniel
                Wiley Y. Daniel
                U. S. District Judge