UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00165-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. LELAND HINES;
2. KENNETH LOUIS MCGEE;
3. MIGUEL SANDERS,

      Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      A status and scheduling conference is set for **Friday, November 20, 2009, at 2:00 p.m.**, 901 19th Street, Courtroom A1002, Tenth Floor, Denver, Colorado.

      Dated: November 13, 2009