UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 08-cr-00165-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. LELAND HINES;
2. KENNETH LOUIS MCGEE;
3. MIGUEL SANDERS,

      Defendants.

---

**ORDER**

---

THIS MATTER came before the Court on a hearing on pending motions on

Monday, December 21, 2009.  Consistent with my rulings at the hearing, it is

ORDERED that the Joint Motion for Disclosure of Party Admissions and

Declarations of Co-Conspirators, and for *James* Hearing (doc. # 201) is **GRANTED IN**

**PART AND DENIED IN PART**.  The motion is granted as to the requests that the

Government file a proffer of the co-conspirator statements it intends to offer at trial and that

a hearing be held on the admissibility of the statements in the proffer.  The motion is

denied, however, as to the request for a full-blown *James* hearing.  It is

FURTHER ORDERED that the Government shall file its proffer of co-conspirator

statements under Fed. R. Evid. 801(d)(2)(E) by **Monday, January 11, 2010.**  The proffer

shall include all co-conspirator statements the Government intends to offer at trial, the

declarant(s) of such statements, the conspiracy the statement(s) are offered in support of, and how the statement(s) are in furtherance of the conspiracy.  It is

FURTHER ORDERED that responses to the proffer shall be filed by **Monday, January 25, 2010**.  The responses shall state whether the Defendant agrees or disagrees as to the admissibility of each statement.  If a Defendant disagrees that a statement is admissible, the response shall state why Defendant contends the statement is inadmissible and also any relevance of the statements to the motions to sever.  It is

FURTHER ORDERED that a hearing on the admissibility of the statements in the Government's proffer and the remaining pending motions is set for **February 4, 2010, at 9:30 a.m.**  The hearing is set for the entire day.  It is

FURTHER ORDERED that the Final Trial Preparation Conference set for Monday, January 25, 2010, at 2:00 p.m. and the 10-day jury trial set to commence on Monday, February 1, 2010 are **VACATED**.  Speedy trial deadlines remain tolled pursuant to 18 U.S.C. § 3161(h)(1)(F) since pretrial motions that been filed that have not yet been heard or decided.  Finally, it is

ORDERED that a status report as to Defendant McGee's Second Motion for Discovery (doc. # 204) shall be filed by **Monday, January 25, 2010**, indicating whether the motion is moot and if not, the nature of any remaining discovery dispute.

Dated:  January 6, 2010

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge