UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00165-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. LELAND HINES;
2. KENNETH LOUIS MCGEE; and
3. MIGUEL SANDERS,

      Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      A 10-day jury trial has been set in the above matter for **Monday, May 3, 2010, at 9:00 a.m. at 901 19th Street, Courtroom A1002, Tenth Floor, Denver, Colorado.**  The number of Defendants proceeding to trial at this setting will be subject to the Court ruling on the pending motions to sever.  At the upcoming hearing on **March 12, 2010**, the Court will confer with the parties and schedule a final trial preparation conference**.**

      Dated: February 22, 2010