IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 08-cr-00165-WYD

UNITED STATES OF AMERICA,

       Plaintiff,

v.

3.  MIGUEL SANDERS, Jr.

       Defendant.
_____

**MINUTE ORDER**
_____

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

       The Change of Plea hearing set for Thursday, June 10, 2010 at 4:00 p.m. is rescheduled for **Wednesday, June 23, 2010 at 9:00 a.m.**

       Dated: May 10, 2010.