IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 08-cr-00165-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

3. MIGUEL SANDERS, Jr.

      Defendant.

_____

## MINUTE ORDER
_____

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      Due to scheduling conflict, the sentencing hearing set for Monday, September 27, 2010 at 10:00 a.m. is **CONTINUED** to **Thursday, October 21, 2010 at 2:00 p.m.** The Government shall respond to Defendant's various sentencing motions on or before October 15, 2010.

      Dated: September 23, 2010.