UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00165-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3. MIGUEL SANDERS,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Due to a scheduling conflict, the sentencing hearing set for Thursday, October 21, 2010 at 2:00 p.m., Courtroom A1002, is moved to **3:30 p.m**. on the same day.

    Dated: October 18, 2010