**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**CHIEF JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Date: | October 21, 2010 | Probation: | Katrina Devine |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| E.C.R./Reporter: | Therese Lindblom | | |

Criminal Case No:  **08-cr-00165-WYD**          <u>Counsel:</u>

UNITED STATES OF AMERICA,                    Joseph Mackey

             Plaintiff,

v.

**3. MIGUEL SANDERS**,                       Mary C. Mulligan

             Defendant.

---

**SENTENCING**

---

**3:36 p.m.**    Court in Session - Defendant present (in-custody)

             **Change of Plea Hearing - Wednesday, June 23, 2010, at 9:00 a.m.**
             **Plea of Guilty - count one of Indictment**

             APPEARANCES OF COUNSEL.

             Court's opening remarks.

3:36 p.m.    Statement and argument on behalf of Government (Mr. Mackey).

3:37 p.m.    Statement and argument on behalf of Defendant (Ms. Mulligan).

3:43 p.m.    Statement and argument on behalf of Government (Mr. Mackey).

3:45 p.m.    Statement and argument on behalf of Defendant (Ms. Mulligan).

3:46 p.m.    Statement on behalf of Probation (Ms. Devine).

3:48 p.m.      Statement and argument on behalf of Defendant (Ms. Mulligan).

3:50 p.m.      Statement and argument on behalf of Government (Mr. Mackey).

3:53 p.m.      Statement and argument on behalf of Defendant (Ms. Mulligan).

3:58 p.m.      Statement and argument on behalf of Government (Mr. Mackey).

4:02 p.m.      Statement and argument on behalf of Defendant (Ms. Mulligan).

4:07 p.m.      Statement and argument on behalf of Government (Mr. Mackey).

4:14 p.m.      Statement on behalf of Probation (Ms. Devine).

4:14 p.m.      Statement and argument on behalf of Defendant (Ms. Mulligan).

4:19 p.m.      Statement on behalf of Government (Mr. Mackey).

4:22 p.m.      Statement by Defendant on his own behalf (Mr. Sanders).

               Court makes findings.

**ORDERED:**   Defendant Miguel Sanders' Motion for Non-Guideline Sentence [doc. #324], filed September 13, 2010, is **DENIED.**

**ORDERED:**   Defendant be **imprisoned** for **72** months.

**ORDERED:**   Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **5** years.

**ORDERED:**   **Conditions** of **Supervised Release** are:

   (X)      Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

   (X)      Defendant shall not commit another federal, state or local crime.

   (X)      Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

   (X)      Defendant shall comply with standard conditions adopted by the Court.

   (X)      Defendant shall not unlawfully possess a controlled substance.

(X)     The Court will waive the mandatory drug testing provisions of 18 U.S.C. § 3583(d) because the presentence report indicates a low risk of future substance abuse by the defendant.

(X)     If the judgment in this case imposes a fine or restitution obligation, it shall be a condition of supervised release that the Defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the schedule of payments set forth in the judgment.

(X)     The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer.

**ORDERED:** **Special Condition(s)** of **Supervised Release** are:

(X)     The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless defendant is in compliance with the installment payment schedule.

(X)     The defendant shall make payment on the restitution obligation that remains unpaid at the commencement of supervised release. Within 60 days of release from confinement, the defendant shall meet with the probation officer to develop a plan for the payment of restitution. This plan will be based upon the defendant's income and expenses. The plan will be forwarded to the court for review and approval.

(X)     As directed by the probation officer, the defendant shall apply any monies received from income tax refunds, lottery winnings, inheritances, judgments, and any anticipated or unexpected financial gains.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision.

**ORDERED:** Defendant to make **restitution** as follows:
**$24,621.15 to the following victim(s):**

| **Victims** | **Amount** |
| --- | --- |
| Regional Security Officer | $24,621.15 |
| Vectra Bank of Colorado | |
| 7800 East Dorado Place, Suite 100 | |
| Greenwood Village, Colorado 80111 | |
| RE: 2007016657 | |

***Court determines the defendant does not have the ability to pay interest and the interest requirement is waived for the restitution.***

**ORDERED:** Defendant advised of right to appeal the sentence imposed by the Court. Any notice of appeal must be filed within fourteen (14) days. Defendant advised of right to appeal in forma pauperis.

Court's closing remarks to defendant.

**ORDERED:** Government's Motion to Dismiss [doc. #330], filed September 23, 2010, is **GRANTED.**

Order is **APPROVED BY THE COURT.**

4:36 p.m. Discussion regarding a concern that Ms. Mulligan has regarding the Presentence Investigation Report.

**ORDERED:** Defendant is **REMANDED** to the custody of the U.S. Marshal.

**4:40 p.m.** Court in Recess - HEARING CONCLUDED

**TOTAL TIME: 1:04**