UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 08-cr-00165-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  LELAND HINES;
2.  KENNETH LOUIS MCGEE;
3.  **MIGUEL SANDERS,**

     Defendants.

---

**ORDER**

---

     THIS MATTER came before the Court on Government's Motion to Dismiss

Counts Two, Three, and Four of the Indictment.  After a review of the file and the

motion, it is hereby

     ORDERED that Government's Motion to Dismiss Counts Two, Three, and Four

of the Indictment [doc. #330], filed September 23, 2010, is **GRANTED.**  It is further

     ORDERED that Counts Two, Three and Four of the Indictment in the

above-captioned case are dismissed against defendant Miguel Sanders only.

     Dated this 21st day of October, 2010.

                          BY THE COURT:


                          s/ Wiley Y. Daniel
                          WILEY Y. DANIEL,
                          CHIEF UNITED STATES DISTRICT JUDGE